UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Lavirrise Bynes, | No. 2:21-cv-01537-KJM-AC |
| Plaintiff, | ORDER |
| v. | |
| Solano County, et al., | |
| Defendants. | |

Plaintiff Lavirrise Bynes moves to proceed *in forma pauperis* (IFP). *See* Mot., ECF No. 2. Plaintiff's motion **is granted.**

All parties instituting any civil action in a district court of the United States, except an application for writ of habeas corpus, must pay a filing fee of $400. See 28 U.S.C. § 1914(a). The action may proceed despite a plaintiff's failure to prepay the entire fee only if the plaintiff is granted leave to proceed IFP pursuant to 28 U.S.C. § 1915(a). *See Andrews v. Cervantes*, 493 F.3d 1047, 1051 (9th Cir. 2007). A court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all of his or her assets, showing that he or she is unable to pay the fees. *See* 28 U.S.C. § 1915(a).

The affidavit filed with plaintiff's motion shows that she has no money in a savings account and owns no property. She receives $900 a month in social security, but does not delineate her list of expenses. She does state she supports her 13 year old son. The $400 filing

1

1  fee would thus represent close to half of her monthly salary, and close to five percent of her
2  yearly income.  It appears to this court she cannot pay court costs while affording the "necessities
3  of life."  *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339–40 (1948).  Therefore, the
4  **motion is granted.**  This order resolves ECF No. 2.
5      IT IS SO ORDERED.
6   DATED:  September 14, 2021.
7
8

                                                    _____
                                                    CHIEF UNITED STATES DISTRICT JUDGE