STANLEY GOFF (Bar No. 289564)
LAW OFFICE OF STANLEY GOFF
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Attorney for Plaintiff

DANIELLE K. LEWIS (SBN 218274)
dlewis@hpylaw.com
HAWKINS PARNELL & YOUNG, LLP
445 S. Figueroa Street, Suite 3200
Los Angeles, CA 90071
Telephone: 213.486.8000
Facsimile: 213.486.8080
Attorney for Defendant C. OLMSTEAD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| LAVIRRISE BYNES;<br><br>    Plaintiffs,<br><br>v.<br><br>SOLANO COUNTY, SHERIFF'S DETECTIVE OLMSTEAD AND DOES 1-25.<br><br>    Defendants. | CASE NO.: **2:21-cv-01537-KJM-DB**<br><br>ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER |
|---|---|

1

**ORDER PURSUANT TO STIPULATION,**

**IT IS SO ORDERED:** The pre-trial deadlines are continued as follows:

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Non-Discovery Cut-off | February 24, 2023 | April 25, 2023 |
| **Expert Disclosures** | **March 24, 2023** | **May 25, 2023** |
| **Rebuttal Experts** | **April 14, 2023** | **June 14, 2023** |
| **All Expert Discovery complete by:** | **May 19, 2023** | **July 19, 2023** |
| **Dispositive Motions heard by:** | **June 23, 2023** | **September 1, 2023** |

DATED: March 1, 2023.

CHIEF UNITED STATES DISTRICT JUDGE