STANLEY GOFF (Bar No. 289564)
LAW OFFICE OF STANLEY GOFF
15 Boardman Place Suite 2
San Francisco, CA 94103
Telephone: (415) 571-9570
Email: scraiggoff@aol.com

Attorney for Plaintiff

DANIELLE K. LEWIS (SBN 218274)
dlewis@hpylaw.com
HAWKINS PARNELL & YOUNG, LLP
445 S. Figueroa Street, Suite 3200
Los Angeles, CA 90071
Telephone: 213.486.8000
Facsimile: 213.486.8080
Attorney for Defendant C. OLMSTEAD

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| LAVIRRISE BYNES; | CASE NO.: 2:21-CV-01537-DJC-AC |
|---|---|
| Plaintiffs, | ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER |
| v. | |
| SOLANO COUNTY, SHERIFF'S DETECTIVE OLMSTEAD AND DOES 1-25. | |
| Defendants. | |

1

**[PROPOSED] ORDER PURSUANT TO STIPULATION,**

**IT IS SO ORDERED: The Non-Discovery Cut-off date is continued as follows:**

| EVENT | CURRENT DEADLINE | PROPOSED DEADLINE |
| --- | --- | --- |
| Non-Discovery Cut-off | April 25, 2023 | May 15, 2023 |

Dated:  April 24, 2023

/s/ Daniel J. Calabretta
THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE