1  DANIELLE K. LEWIS (SBN 218274)
   dlewis@hpylaw.com
2  MILES F. MAURINO (SBN 317827)
   mmaurino@hpylaw.com
3  HAWKINS PARNELL & YOUNG LLP
   33 New Montgomery, Suite 800
4  San Francisco, CA 94105-4537
   Telephone: 415.766.3200
5  Facsimile: 415.766.3250

6  Attorneys for Defendant
   C. OLMSTEAD

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10
   LAVIRRISE BYNES,                      Case No. 2:21-cv-01537-DJC-AC
11
            Plaintiff,                   **STIPULATION AND ORDER TO MODIFY
12                                        PRETRIAL AND TRIAL DATES**
       v.
13
   SOLANO COUNTY SHERIFF'S
14 DETECTIVE OLMSTEAD and DOES 1-25,

15          Defendants.

16

17         Plaintiff Lavirrise Bynes, by and through her counsel for record, Stanley Goff, and

18 Defendant C. Olmstead, by and through their respective counsel of record, Danielle K. Lewis,

19 hereby stipulate to modify the current pretrial and trial dates.

20         Counsel for the Parties have met and conferred and agree that a modification of the

21 briefing schedule is necessary.

22         The parties hereby stipulate that:

23         The Final Pretrial Conference set for June 27, 2024 should be vacated and reset for

24 October 24, 2024 at 1:30 p.m. in Courtroom 10 before District Judge Daniel J. Calabretta.

25         The Jury Trial set for August 12, 2024 should be vacated and reset for December 9, 2024

26 at 9:00 a.m. in Courtroom 10 before District Judge Daniel J. Calabretta.

27         This request is based on the following facts demonstrating good cause:

28

*(left margin, rotated)* Hawkins Parnell & Young LLP
ATTORNEYS AT LAW

1.      On July 13, 2023, the Parties participated in a Status Conference.  Following that Status Conference, a Final Pretrial Conference was set for March 21, 2024 and a Jury Trial was set for May 20, 2024 at 9:00 a.m.  (Dkt. No. 39)

2.      On November 15, 2024, Defendant filed a Motion for Summary Judgment.  (Dkt. No. 41)  The motion has been fully briefed.

3.      On January 4, 2024, counsel for the Parties appeared at the hearing on Defendant's Motion for Summary Judgment.  (Dkt. No. 56)

4.      On January 11, 2024, the Parties submitted supplemental briefing as requested by the Court.  (Dkt. No. 57, 58)

5.      On February 9, 2024, the Court issued a Minute Order, and on the Court's own motion, the Final Pretrial Conference set for March 21, 2024 was vacated and reset for June 27, 2024 at 1:30 p.m. and the Jury Trial set for May 20, 2024 was vacated and reset for August 12, 2024 at 9:00 a.m. in Courtroom 10 before District Judge Daniel J. Calabretta.  (Dkt. No. 59)

6.      With the Motion for Summary Judgment still pending, the Parties are not in a position to submit Pretrial Conference Statements, meaningfully participate in the Final Pretrial Conference, or adequately prepare for the Jury Trial.

7.      The Parties have proposed dates for the Final Pretrial Conference and Jury Trial, subject to the availability of the Court.

8.      This stipulation is being filed in good faith and not for purposes of delay.

9.      The Parties submit that the foregoing demonstrates good cause to grant the request in this Stipulation.

IT IS SO STIPULATED.

DATED:  June 10, 2024                   HAWKINS PARNELL & YOUNG LLP

By: ***/s/ Danielle K. Lewis***
DANIELLE K. LEWIS
MILES F. MAURINO
Attorneys for Defendant
C. OLMSTEAD

Hawkins Parnell & Young LLP
ATTORNEYS AT LAW

DATED:  June 10, 2024                    LAW OFFICE OF STANLEY GOFF


                                         By:  */s/ Stanley Goff*_____
                                              STANLEY GOFF
                                              Attorneys for Plaintiff
                                              LAVIRISSE BYNES


                          **FILER'S ATTESTATION**

        I hereby attest that I have been authorized by counsel to show their signature on this

document as /s/.

DATED:  June 10, 2024                    _____*/s/ Danielle K. Lewis*_____

                                              DANIELLE K. LEWIS

---

3

**ORDER**

The foregoing stipulation of the parties is approved, and IT IS SO ORDERED

The Final Pretrial Conference set for June 27, 2024 is VACATED and RESET for October 24, 2024 at 1:30 p.m. before District Judge Daniel J. Calabretta.

The Jury Trial set for August 12, 2024 is VACATED and RESET for December 9, 2024 at 8:30 a.m. in Courtroom 10 before District Judge Daniel J. Calabretta.


Dated:  June 12, 2024                                    /s/ Daniel J. Calabretta
_____
                                                         THE HONORABLE DANIEL J. CALABRETTA
                                                         UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO MODIFY PRETRIAL AND TRIAL DATES
2:21-cv-01537-DJC-AC